No. 1016. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* OHIO LEATHER Co.;

No. 1017. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* STRONG MANUFACTURING Co.; and

No. 1018. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WARREN TOOL Co. April 6, 1942. Petition

for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. Donald J. Lynn* and *Raymond T. Jackson* for respondents in Nos. 1016 and 1018. *Messrs. Arthur Morgan* and *Raymond S. Powers* for respondent in No. 1017.